**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAGDISH BAROT,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO. 6:08-cv-1179-ORL-31DAB**

**DRS TECHNOLOGIES, INC.,**
**formerly doing business under a subsidiary,**
**DRS SENSORS & TARGETING SYSTEMS, INC,**

    **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Comes now Plaintiff, Jagdish Barot, by and through undersigned Counsel, and notifies the Court that Counsel for the Parties have orally agreed to a resolution of this action, as authorized by each Counsel's respective client in this action.  The parties will file a Stipulation of Dismissal as soon as the documents resolving this action are executed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Fifth day of January, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Andrew Hament, Att'y, FORD & HARRISON LLP, 1901 South Harbor City Blvd., Suite 501, Melbourne, FL 32901.

Respectfully submitted by:

s/  Mark E. Tietig
Mark E. Tietig, Trial Counsel
Fla. Bar No. 105465
Tietig & Tietig, P.A.
6065 South Tropical Trail
Merritt Island, FL 32952
(321) 452-9944
Facsimile: (321) 452-8942
mt@tietig.com
Attorney for Plaintiff Jagdish Barot