**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAGDISH BAROT,**

                **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1179-Orl-35DAB**

**DRS TECHNOLOGIES, INC.,**
**f/d/b/a DRS Sensors & Targeting Systems,**
**Inc.**

                **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. No. 50), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 16, 2010.

*/s/ Gregory A. Presnell*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party